893 F.2d 1328
 Cox (Margaret)
v.
Klein (Norman I.), Giampapa (Anthony J.), formerly Klein &
Giampapa, Twsp. of Parsippany- Troy Hills, Beirmeister
(Marylou E.), Twsp. of Parsippany-Troy Hills Police Dept.,
DeYoung (John), Ptlmn. Lawrence, Borough of Morris Plains,
Bock (Francis A., Magistrate), O'Brien (Barbara M.), Borough
of Morris Plains Police Dept., Ptlmn. Rybasack, Ptlmn.
Flaherty, Ptlmn. Law, Bangiola (Paul, Hon.), Townsend
(Stephen W.), DeMarco (Joseph), Smith (Terry), Beffa
 NO. 89-5597
 United States Court of Appeals,
Third Circuit.
 DEC 29, 1989
 
 Appeal From: D.N.J.,
 Politan, J.
 
 
 1
 AFFIRMED.